UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOSEPH BOADI,                                                        :
                                                                     :
                           Plaintiff,,                               :
            -v-                                                      :      25-CV-10 (JMF)
                                                                     :
STAMFORD UNIFORM LINEN TOWEL and NAPKIN,                             :      ORDER
LLC and REYNALDO MESA GRACIANO JR.,                                  :
                                                                     :
                           Defendants.                               :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 2, 2025, Defendants filed a Notice of Removal in which they invoked the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1441(c).  *See* ECF No. 1, at 1.  On January 7, 2025, the Court issued an order noting deficiencies in the Notice of Removal and ordering Defendants to file an amended notice on or before January 14, 2025.  *See* ECF No. 6.  On January 9, 2025, Defendants filed an Amended Notice of Removal.  *See* ECF No. 9.

      Although Defendants' Amended Notice of Removal cures some deficiencies in the original Notice, it still alleges only the residency, not the citizenship, of Plaintiff.  *See* ECF No. 9, at 4 ("In the Complaint, Plaintiff states that he resided in the County of Bronx and the State of New York.").  As stated in the Court's January 7, 2025 Order, that is not enough.  *See Leveraged Leasing Admin. Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44, 47 (2d Cir. 1996) ("[A] statement of the parties' residence is insufficient to establish their citizenship").

      The Court will give Defendants one last chance to fix the problems with their Notice. Accordingly, Defendants are hereby ORDERED to file a Second Amended Notice of Removal alleging the citizenship of Plaintiff on or before **January 14, 2025**.  If, by that date, Defendants are unable to amend their Notice of Removal to truthfully allege complete diversity of citizenship, then the action will be remanded to the Supreme Court of New York, County of Bronx, without further notice to either party.  Finally, Defendants are directed to, **within two business days** of this Order, serve on Plaintiffs a copy of this Order and to file proof of such service on the docket.

      SO ORDERED.

Dated: January 10, 2025                         _____
      New York, New York                                    JESSE M. FURMAN
                                                                                       United States District Judge