UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSEPH BOADI,                                                     :
:
:
                   Plaintiff,,                                     :
        -v-                                                       :          25-CV-0010 (JMF)
:
STAMFORD UNIFORM LINEN TOWEL and NAPKIN,   :          REMAND ORDER
LLC and REYNALDO MESA GRACIANO JR.,               :
:
                 Defendants.                                     :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 2, 2025, Defendants filed a Notice of Removal in which they invoked the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1441(c).  *See* ECF No. 1, at 1.  On January 7, 2025, the Court issued an order noting deficiencies in the Notice of Removal and ordering Defendants to file an amended notice on or before January 14, 2025.  *See* ECF No. 6.  On January 9, 2025, Defendants filed an Amended Notice of Removal, *see* ECF No. 9, but it did not address all of the deficiencies identified in the Court's January 7, 2025 Order.  On January 10, 2025, the Court issued an order identifying the remaining deficiency in the Amended Notice of Removal and ordering Defendants to file a second amended notice on or before January 14, 2025.  *See* ECF No. 10.  The Court warned that if Defendants did not cure the remaining deficiency by the new deadline, the "action [would] be remanded to the Supreme Court of New York, County of Bronx, without further notice to either party."  *Id.*

       Despite being given two opportunities to do so, Defendants have failed to cure all of the deficiencies in their Notice of Removal.  "[T]he defendant bears the burden of demonstrating the propriety of removal."  *California Pub. Employees' Ret. Sys. v. WorldCom, Inc.*, 368 F.3d 86, 100 (2d Cir. 2004).  "Remand is appropriate where jurisdiction is doubtful," *Video Connection of Am., Inc. v. Priority Concepts, Inc.*, 625 F. Supp. 1549, 1550 (S.D.N.Y. 1986), and is required where, as here, the allegations in the notice of removal are insufficient to support subject-matter jurisdiction.  Accordingly, it is hereby ORDERED that this action is REMANDED to the Supreme Court of New York, County of Bronx.  The Clerk of Court is directed to remand this case and to close the case on this Court's docket.

       SO ORDERED.

Dated: January 16, 2025
       New York, New York                     _____
                                                               JESSE M. FURMAN
                                                         United States District Judge